IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT McCARTHY and<br>SHARON McCARTHY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>KOOTENAI COUNTY, et al,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>) Case No. CV08-294-N-EJL<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

　　　　Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **November 12, 2009**

_/s/ Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1